UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2013 JAN 16 AM 8:43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE EVERADO BRISENO-CONTRERAS (1),<br><br>　　　　　　　　Defendant. | CASE NO. 12cr0288-L<br><br>JUDGMENT OF DISMISSAL |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_XX_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_XX_ of the offense(s) as charged in the Indictment:

　　21:841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 10, 2013

　　　　　　　　　　　　　　　　　/s/ M. James Lorenz
　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　U.S. District Judge